JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BINH C. TRAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA Y. TAMPKINS et al.,<br><br>    Defendants. | No. ED CV 22-00167-MCS (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion to Dismiss (Dkt. 38) is granted and this action is dismissed with prejudice.

Date: October 17, 2023

_____
MARK C. SCARSI
United States District Judge